**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RICK GREER,<br><br>        Plaintiff,<br><br>  v.<br><br>PERFORMANT RECOVERY, INC., a California Professional Corporation,<br><br>        Defendant. | NO. 3:15-cv-05000-RJB<br><br>STIPULATION TO DISMISS |

Plaintiff, RICK GREER, and Defendant, PERFORMANT RECOVERY, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, with no costs or fees to either party.

/s/Stephen A. Bernheim
Stephen A. Bernheim
Attorney at Law
512 Bell Street
Edmonds, WA 98020
Tel. 425-712-8318 | Fax 425-712-8418
Email: steve@stevebernheim.com
Attorney for Defendant

/s/Sharon D. Cousineau
Sharon D. Cousineau, WSBA #30061
700 West Evergreen Boulevard
Vancouver, WA 98660
Tel. 360-750-3789 | Fax 360-750-3788
Email: sdcousineau@gmail.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On October 2, 2015, I electronically filed the foregoing Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will send notification of such filing to Defendant's counsel, Stephen Bernheim, at steve@stevebernheim.com.

        By:    /s/Sharon D. Cousineau
                    Sharon D. Cousineau, Attorney for Plaintiff

STIPULATION TO DISMISS        1